**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ADRIAN HERNANDEZ-BOUZA, et al., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-26-594-R |
| | ) | |
| WARDEN of Diamondback Correctional Facility, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Upon review and of the file and noting not timely objection to the Report and Recommendation [Doc. No. 10] issued by United States Magistrate Judge Shon T. Erwin, the Court adopts the Report and Recommendation. For the reasons stated therein, this action is dismissed without prejudice.

IT IS SO ORDERED this 3rd day June, 2026.

_____

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE